IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IDEAL PRODUCTS LLC, | ) | 8:12CV355 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| and BROCK ZEEB, IRS Agent, | ) | |
| | ) | |
| Respondents. | ) | |

  This matter is before the court on its own motion. Based on the allegations contained in the pending Petition to Quash Third Party Summons ("Petition"), Petitioner is a limited liability company headquartered in Plymouth, Indiana. (Filing No. 1.) Petitioner, acting through its President, William Emerick, has filed its Petition pro se. However, a corporation, partnership, or other legally created entity can appear in the federal courts of the United States only through licensed counsel. *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-202 (1993).

  IT IS THEREFORE ORDERED that:

  1. Petitioner must appear in this court through counsel. On or before October 31, 2012, any counsel retained by Petitioner to represent its interests herein must file an entry of appearance in accordance with NEGenR 1.3(d). In the absence of the filing of a valid appearance by counsel, this case will be dismissed without prejudice and without further notice.

  2. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: October 31, 2012: deadline for entry of appearance of Petitioner's counsel.

DATED this 10th day of October, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.