IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IDEAL PRODUCTS LLC, | ) | 8:12CV355 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| and BROCK ZEEB, IRS Agent, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On October 10, 2012, the court entered a Memorandum and Order informing Petitioner, acting through its President, William Emerick, that an LLC could appear in this court only through licensed counsel. (Filing No. 5 at CM/ECF p. 1.) The court then directed Petitioner to retain counsel and warned Petitioner that if counsel failed to enter a valid appearance by October 31, 2012, this case would be dismissed without prejudice and without further notice. (*Id*.) Counsel has not entered an appearance on Petitioner's behalf. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to comply with a court order.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of November, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.